**LITCHFIELD COUNTY, JANUARY TERM, A. D. 1793.**

## IVES v. D'WOLF.

A plea of *non est factum* to a note to which no answer is given, cannot be judged insufficient.

ERROR to reverse a judgment of a justice in an action, brought by D'Wolf v. Ives on a note for £5, dated the 6th of May, A. D. 1791.

The defendant plead — That the note on which, etc. was not his act and deed. To which plea the plaintiff gave no answer.

The justice gave judgment — That the defendant's plea was insufficient, and for the plaintiff to recover.

Error assigned — That said justice ought to have answered to the facts in the plea; or if he considered it as demurred to, to have given judgment that said plea was sufficient.

Judgment — Manifest error, for the reasons assigned.